CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 1 6 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JERRY SAYERS,** | ) | **CASE NO. 7:14CV00385** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER** |
| **v.** | ) | |
| | ) | |
| | ) | |
| **B. POWELL,** | ) | **By: Glen E. Conrad** |
| | ) | **Chief United States District Judge** |
| **Defendant.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that defendant's motion for summary judgment (ECF No. 32) is **GRANTED**; and the case is

stricken from the active docket of the court.

**ENTER:** This _16th_ day of June, 2015.

_____
Chief United States District Judge